Amjad M. Khan
*amjad@bnsklaw.com*
Erika L. Shapiro
*erika@bnsklaw.com*
Rowennakete P. Barnes
*kete@bnsklaw.com*
BROWN NERI SMITH & KHAN, LLP
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025
T: (310) 593-9890
F: (310) 593-9980

*Attorneys for Defendants*
PMAC Lending Services, Inc. and
Reliant mortgage company, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br>                    Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC.,<br><br>                    Plaintiff,<br>   -against-<br><br>PMAC LENDING SERVICES, INC., individually and as successor by merger to PMC Bancorp, f/k/a Professional Mortgage Corp., and as successor by merger to Reliant Mortgage Company, LLC, and PMC BANCORP, f/k/a Professional Mortgage Corp., individually, and RELIANT MORTGAGE COMPANY, LLC, individually,<br><br>                    Defendants. | Adv. Proc. No. 18-001842-SCC<br><br>**NOTICE OF DEFENDANTS PMAC LENDING SERVICES, INC.'S, AND RELIANT MORTGAGE COMPANY, LLC'S MOTION TO DISMISS LBHI'S COMPLAINTS** |

1

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, referenced exhibits, and all prior proceedings had herein, Defendants PMAC Lending Services, Inc. and Reliant Mortgage Company, LLC, (collectively, "Defendants") will move this Court at United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 623 (SCC), New York, New York 10004, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, on the 3rd day of October, 2019 at 9:30 a.m., or as soon after as counsel can be heard for an Order: pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff's claims against Defendants and granting such further and other relief as the Court may deem proper. (*See* Amended Case Management Order ¶ II.I., ECF No. 825).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to and in accordance with Paragraph 3 of the Stipulation and Order Setting Motion to Dismiss Briefing Schedule and Hearing Date, of the Amended Case Management Order dated March 13, 2019 (Adversary Proceeding ECF No. 20), Plaintiff's brief in opposition to Defendants' Motion shall be filed and served no later than September 19, 2019 and Defendants' reply brief shall be served no later than October 3, 2019.

Dated: August 22, 2019
New York, New York

Respectfully submitted,

By: /s/ Erika L. Shapiro

BROWN NERI SMITH & KHAN, LLP
11601 Wilshire Blvd., Ste. 2080
Los Angeles, CA 90025
T: (310) 593-9890
erika@bnsklaw.com

*Attorneys for Defendants*,
PMAC Lending Services, Inc. and Reliant Mortgage Company, LLC